**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1511**

———————

CHUKWUMA E. AZUBUKO,

              Plaintiff - Appellant,

       v.

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF GEORGIA; ELEVENTH CIRCUIT COURT OF APPEALS,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:04-cv-00735-BO)

———————

Submitted:  August 14, 2012          Decided:  August 17, 2012

———————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Chukwuma E. Azubuko, Appellant Pro Se.  Joshua Bryan Royster,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chukwuma E. Azubuko appeals the district court's order denying his motion seeking consideration of his case by a three-judge court, 28 U.S.C. § 2284 (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Azubuko leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Azubuko v. U.S. Dist. Court, No. 5:04-cv-00735-BO (E.D.N.C. Mar. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED